# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 10-cv-01955-REB

MICHAEL J. DAVIS,

    Applicant,

v.

ANGEL MEDINA,

    Respondent.

## MINUTE ORDER[1]

The matter comes before the court on the applicant's **Motion Requesting Respondents** [sic] **To File Additional Responsive Pleading** [#15] filed December 9, 2010. The motion is **GRANTED**. Respondent shall file an additional responsive pleading by **January 3, 2011**.

    Dated: December 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.